# In the United States Court of Federal Claims

No. 01-40C

(E-Filed: March 14, 2005)

| | |
|---|---|
| CROMAN CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court unfiled are Notice of Appearance by Gregory T. Jaeger and Defendant's Unopposed Motion for Enlargement. Defendant has attempted to file paper versions of the documents. Because this case has been converted to electronic case filing, the documents cannot be filed in their current format. The Clerk of the Court shall return the documents to defendant.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge