IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-40C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THE PARTIES' JOINT STATUS REPORT AND FOR LEAVE TO FILE THIS MOTION OUT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims and the Court's order dated February 25, 2005, defendant, the United States, respectfully requests the Court to enlarge the deadline for the parties' joint status report by 30 days to, and including, April 8, 2005. Defendant further requests the Court to permit the submission of this motion out of time. Counsel for plaintiff has represented that plaintiff does not oppose the relief sought in this motion.

This is defendant's first request for an enlargement of time for this purpose. The requested enlargement is necessary because of an unanticipated change in defense counsel. Previous defense counsel recently was required to take medical leave, resulting in the assignment of undersigned counsel to this case on March 8, 2005. As a result, undersigned counsel has not had sufficient time to confer with opposing counsel and prepare a joint status report by the current deadline. The

requested enlargement should provide the parties sufficient time to prepare and file the joint status report contemplated by the Court's February 25, 2005 order.

Pursuant to the Court's February 25 order, the joint status report was due on March 9, 2005. Unaware that this matter had been converted to an electronic filing case, undersigned counsel filed paper versions of defendant's motion for an enlargement, along with counsel's notice of appearance, on March 9. The Court rejected these filings in an order dated March 14, 2005, which undersigned counsel received on March 16, 2005. Because of the circumstances described above, the failure to file the documents electronically is excusable and the Court should grant leave to submit this motion out of time.

Accordingly, defendant respectfully requests the Court to permit the submission of this motion out of time and to enlarge the deadline for the parties' joint status report by 30 days, to and including April 8, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

March 16, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 16, 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THE PARTIES' JOINT STATUS REPORT AND LEAVE TO FILE THIS MOTION OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger