# In the United States Court of Federal Claims

No. 98-405 C
c/w No. 01-40C

(Filed: March 17, 2005)

CROMAN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Defendant's Unopposed Motion for Enlargement of Time to File the Parties' Joint Status Report and for Leave to File This Motion Out of Time. Based on the representations contained therein, defendant's motion for leave to file motion out of time is GRANTED. Additionally, defendant's unopposed motion for enlargement of time to file the parties' joint status report is GRANTED. On or before April 8, 2005, the parties shall file a joint report or, if unable to agree on a joint filing, separate reports proposing further proceedings in this matter. In the joint report, the parties shall propose three mutually agreeable dates and times during the week of April 11, 2005 for a telephonic status conference with the court to address further proceedings.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge