IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-40C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THE PARTIES' JOINT STATUS REPORT

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims and the Court's orders dated February 25, 2005 and March 17, 2005, defendant, the United States, respectfully requests the Court to enlarge the deadline for the parties' joint status report by 31 days to, and including, May 9, 2005. Counsel for plaintiff has represented that plaintiff concurs with the relief sought in this motion.

This is defendant's second request for an enlargement of time for this purpose.[1] The requested enlargement is necessary for the following reasons. First, undersigned counsel has been occupied recently with the following activities in other cases: (1) oral arguments on April 5, 2005 in Chambers v. United States, No. 04-5134 (Fed. Cir.) and Lewis v. Dept. of Defense, No. 04-3229 (Fed. Cir.);

[1] The first request for an enlargement also was unopposed and requested 30 days, to and including April 8, 2005. The Court granted the motion in its order dated March 17, 2005.

(2) discovery responses and settlement proposals in Law Engineering and Environmental Services, Inc. v. United States, No. 04-145 (Fed. Cl.); (3) settlement negotiations and agreement in Metric Constructors, Inc. v. United States, No. 98-788 (Fed. Cl.); (4) depositions and discovery responses in Columbia Manufacturing, Inc. v. United States, No. 02-1221 (Fed. Cl.); (5) depositions, document production and discovery responses in SPW Engineering Group, Inc. v. United States, No. 04-794 (Fed. Cl.); and (6) answer and counterclaim in LaBarge, Inc. v. United States, No. 05-1 (Fed. Cl.).

In addition, as noted in our first motion for enlargement, undersigned counsel was recently assigned this case because previous defense counsel was required to take emergency medical leave. This unanticipated assignment, combined with the above commitments in other cases, has not permitted undersigned counsel sufficient time to complete a review of this case, confer with opposing counsel and prepare a joint status report by the current deadline.

The requested enlargement should provide the parties sufficient time to prepare and file the joint status report contemplated by the Court's February 25, 2005 order. Accordingly, defendant respectfully requests the Court to enlarge the deadline for the parties' joint status report by 31 days, to and including May 9, 2005. In addition, defendant respectfully requests that the Court's directives

regarding the scheduling of a telephone status conference for the week of April 11, 2005 be held in abeyance until after the parties submit the joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

April 8, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 8, 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THE PARTIES' JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger