# In the United States Court of Federal Claims

No. 98-405 C
c/w No. 01-40C

(E-Filed: October 19, 2005)

| | |
|---|---|
| CROMAN CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the Plaintiff's Joint Status Report on Behalf of the Parties. Plaintiff states that the parties are pursuing settlement discussions in this matter. On or before December 7, 2005, the parties shall file a joint status report addressing the status of settlement negotiations.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge