**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-405C |
| | ) | c/w No. 01-40C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT ON BEHALF OF THE PARTIES**

The parties are continuing to pursue resolution of this matter through settlement discussions. As part of the negotiations between the parties, counsel for the government has submitted a series of questions to the plaintiff with regard to its damages and its proposed settlement. Plaintiff is endeavoring to respond to those questions. The parties anticipate that when this has been done they will attempt to resolve any further questions which the government may have and then have a final negotiation session at which a settlement can hopefully be achieved.

To the end of keeping the Court aware of the progress that the parties are making toward settlement, they suggest that they file a joint status report within 60 days.

Respectfully submitted,

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Of Counsel:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: December 7, 2005