# In the United States Court of Federal Claims

No. 01-40 C
(E-Filed: December 12, 2005)

CROMAN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiff's Joint Status Report on Behalf of the Parties (Joint Status Report). Plaintiff states that the parties continue to pursue settlement discussions in this matter. On or before February 6, 2005, the parties shall file a joint status report addressing the status of settlement negotiations. The court notes that the cases Croman Corporation v. United States, No. 98-405 C and Croman Corporation v. United States, No. 01-40 C are no longer consolidated[1] and, although status reports have been filed in the case of Croman Corporation v. United States, No. 01-40 C, that case is still stayed. The court now LIFTS the STAY in Croman Corporation v. United States, No. 01-40 C and files the Joint Status Report in case no. 01-40 C. Subsequent filings shall contain the caption of the individual case to which the filing relates. Any filings that are intended to apply to both cases shall be filed separately in each case. The court notes that case no. 98-405 C is not an electronic case.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT

[1]The cases were de-consolidated on March 11, 2003 further to the court's Order of even date adopting the parties' Joint Stipulation of Dismissal of Croman Corporation v. United States, No. 98-405 C to permit appeal and staying Croman Corporation v. United States, No. 01-40 C pending appeal.

Judge