**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-40C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT ON BEHALF OF THE PARTIES**

Pursuant to order of the Court, plaintiff provides the following status report on behalf of the parties:[1]

The parties are continuing to pursue resolution of this matter through settlement discussions. As part of the negotiations between the parties, counsel for the government has submitted a series of questions to the plaintiff with regard to its damages and its proposed settlement. Plaintiff has completed the answers to most of those questions and intends to forward them to defendant forthwith. Plaintiff also anticipates completing its answers to the few remaining questions and forwarding them and any relevant documents to defendant. The parties anticipate that when this has been done they will attempt to resolve any further questions which the government may have and then have a final negotiation session at which a settlement can hopefully be achieved.

[1]Pursuant to the Court's order of December 12, 2005, plaintiff is filing a similar status report in Croman Corp. v. United States, No. 98-405C, via paper filing.

In order to keep the Court aware of the progress that the parties are making toward settlement, the parties suggest that they file a joint status report within 60 days, i.e., on or before April 7, 2006.

Respectfully submitted,

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Of Counsel:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: February 6, 2006