# In the United States Court of Federal Claims

No. 01-40 C
(E-Filed: February 7, 2006)

| | |
|---|---|
| CROMAN CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Status Report on Behalf of the Parties. Plaintiff states that the parties continue to pursue settlement discussions in this matter. On or before April 7, 2006, the parties shall file a joint status report addressing the status of settlement negotiations.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge