**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-40C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT ON BEHALF OF THE PARTIES**

Pursuant to order of the Court, plaintiff provides the following status report on behalf of the parties:[1]

The parties are continuing to pursue resolution of this matter through settlement discussions. As part of the negotiations between the parties, counsel for plaintiff has furnished answers (and material in support thereof) to a series of questions defendant has propounded with regard to plaintiff's damages and its settlement offer. The parties anticipate that they will now attempt to resolve any further questions which the government may have and then have a final negotiation session at which a settlement can hopefully be achieved.

In order to keep the Court aware of the progress that the parties are making toward settlement, the parties suggest that they file a joint status report within 60 days, i.e., on or before June 6, 2006.

[1]Pursuant to the Court's order of December 12, 2005, plaintiff is filing a similar status report in Croman Corp. v. United States, No. 98-405C, via electronic filing.

Respectfully submitted,

s/Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Of Counsel:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: April 7, 2006