**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-40C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES**

Pursuant the Court's order of June 7, 2006, defendant respectfully provides the following status report upon behalf of the parties.[1] Counsel has discussed this report with plaintiff's counsel.

The parties are continuing to pursue resolution of this matter through settlement discussions. Plaintiff has provided defendant a comprehensive statement of its claim of entitlement. The Government intends to analyze that statement and advise plaintiff of the Government's position.

In order to keep the Court aware of the progress that the parties are making toward settlement, the parties respectfully suggest that they file a joint status report within 63 days, on or before October 10, 2006.

---

[1] Pursuant to the Court's order of December 12, 2005, defendant is filing an identical status report in Croman Corp. v. United States, No. 98-405C.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

/s/ John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202)616-8260
Fax: (703) 514-7965

Attorneys for Defendant

Of Counsel:

Lori Jones, Esq.
Department of Agriculture
Office of General Counsel
Washington, D.C.

August 8, 2006