# In the United States Court of Federal Claims

No. 01-40 C
(E-Filed: October 11, 2006)

CROMAN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Status Report on Behalf of the Parties (defendant's motion), indicating that defendant is evaluating plaintiff's settlement offer and suggesting that the parties file a joint status report within 63 days. Based on the representations contained therein, defendant's motion is GRANTED. The parties shall file a joint status report on or before December 13, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge