# In the United States Court of Federal Claims

No. 01-40 C
(E-Filed: January 22, 2007)

CROMAN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court are plaintiff's Status Report and a Request for a Status Conference and defendant's Status Report (collectively, status reports). Pursuant to the status reports, the court will hold a telephonic status conference on Friday, January 26, 2007 at 11:00 a.m. EST. A Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge