# In the United States Court of Federal Claims

No. 01-40 C
(E-Filed: May 21, 2007)

| | |
|---|---|
| CROMAN CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On May 18, 2007, plaintiff filed Plaintiff's Status Report on Behalf of the Parties (motion). The motion states that the Federal Circuit affirmed the decision of the trial court in Scott Timber Co. v. United States, 2007 U.S. App. Lexis 11648 (Fed. Cir. May 10, 2007) and that the parties require more time to decide how to proceed. Motion 1.

Based on the representations therein, the motion is GRANTED. The parties shall file a joint status report proposing further proceedings in this case on or before Friday, June 1, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge