**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-40C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES**

Pursuant the Court's order of May 21, 2007, defendant respectfully provides the following status report upon behalf of the parties.[1] Counsel has discussed this report with plaintiff's counsel.

The parties have discussed various possibilities for settlement but have not reached a tentative agreement. The parties respectfully propose to conduct limited documentary discovery and have tentatively agreed to a schedule for document production.

The parties respectfully suggest that they file a joint status report regarding further proceedings on or before July 26, 2007.

---

[1] Pursuant to the Court's order of December 12, 2005, defendant is filing an identical status report in Croman Corp. v. United States, No. 98-405C.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

Jeanne E. Davidson
Director

KATHRYN A. BLEECKER
Assistant Director

Of Counsel:

Lori Jones, Esq.
Department of Agriculture
Office of General Counsel
Washington, D.C.

/s/ John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (703) 514-7965

June 1, 2007

Attorneys for Defendant