# In the United States Court of Federal Claims

No. 01-40 C
(E-Filed: June 11, 2007)

CROMAN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On June 1, 2007, defendant filed Defendant's Status Report on Behalf of the Parties (proposal). The proposal states that "[t]he parties have discussed various possibilities for settlement but have not reached a tentative agreement." Proposal 1. The proposal also states that the parties intend "to conduct limited documentary discovery" and suggests that the parties file a joint status report regarding further proceedings on or before Thursday, July 26, 2007. Id.

In the light of the foregoing, the STAY in this matter is LIFTED, and the parties' proposal to conduct limited documentary discovery is APPROVED. The parties shall file a joint status report proposing further proceedings in this case on or before Thursday, July 26, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge