**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-40C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES**

Pursuant the Court's order of June 11, 2007, defendant respectfully provides the following status report on behalf of the parties.[1] Counsel has discussed this report with plaintiff's counsel.

The parties have discussed various possibilities for settlement but have not reached a tentative agreement. Defendant submitted document requests to plaintiff on July 13, 2007. On July 24, 2007, defendant's counsel, William Rayel, received notice that the previous lead attorney, John Groat, had gone on medical leave and that the case had been transferred to Mr. Rayel. Defendant's counsel is now in the process of learning about the facts and issues of the case in order to prepare for further settlement negotiations and/or discovery. As such, the parties are not in a position to propose any further proceedings at this point.

The parties respectfully suggest that they file a joint status report regarding further proceedings on or before August 27, 2007.

---

[1] Pursuant to the Court's order of December 12, 2005, defendant is filing an identical status report in Croman Corp. v. United States, No. 98-405C.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

Of Counsel:

Lori Jones, Esq.
Department of Agriculture
Office of General Counsel
Washington, D.C.

/s/ William P. Rayel
William P. Rayel
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0302
Fax: (202) 307-0972

July 26, 2007

Attorneys for Defendant