# In the United States Court of Federal Claims

No. 01-40 C
(E-Filed: July 26, 2007)

CROMAN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On July 26, 2007, defendant filed Defendant's Status Report on Behalf of the Parties (report). The report states that "[t]he parties have discussed various possibilities for settlement but have not reached a tentative agreement." Report 1. The report also states that defendant has a new lead attorney and that defendant's current counsel "is now in the process of learning about the facts and issues of the case in order to prepare for further settlement negotiations and/or discovery." Id.

Pursuant to the parties' suggestion in the report, the parties shall file a joint status report proposing further proceedings in this case on or before Monday, August 27, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge