**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-40C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES**

Pursuant the Court's order of July 26, 2007, defendant respectfully provides the following status report on behalf of the parties.[1] Counsel has discussed this report with plaintiff's counsel.

Defendant counsel has been assigned to this case for approximately one month and is continuing the process of learning about the facts and issues of the case in order to prepare for further settlement negotiations and discovery. The parties have discussed various possibilities for settlement but have not reached a tentative agreement. At this time, the parties propose to continue discussing possibilities for settlement in an attempt to resolve this matter.

The parties respectfully suggest that they file a joint status report updating the Court on the status of settlement negotiations on or before September 27, 2007.

[1] Pursuant to the Court's order of December 12, 2005, defendant is filing an identical status report in Croman Corp. v. United States, No. 98-405C.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ William P. Rayel
William P. Rayel
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0302
Fax: (202) 307-0972

Attorneys for Defendant

Of Counsel:

Lori Jones, Esq.
Department of Agriculture
Office of General Counsel
Washington, D.C.

August 27, 2007