# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-40C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES

Pursuant the Court's order of August 29, 2007, defendant respectfully provides the following status report on behalf of the parties.[1] Counsel has discussed this report with plaintiff's counsel.

The parties have discussed various possibilities for settlement but have not reached a tentative agreement. The parties had a settlement conference on September 12, 2007. Defendant posed a number of questions to plaintiff at that conference regarding plaintiff's most recent settlement proposal. Plaintiffs have responded to many of those questions. At this time, the parties propose to continue discussing possibilities for settlement in an attempt to resolve this matter.

The parties respectfully suggest that they file a joint status report updating the Court on the status of settlement negotiations on or before October 29, 2007.

[1] Pursuant to the Court's order of December 12, 2005, defendant is filing an identical status report in Croman Corp. v. United States, No. 98-405C.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ William P. Rayel
William P. Rayel
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0302
Fax: (202) 307-0972

Of Counsel:

Lori Jones, Esq.
Department of Agriculture
Office of General Counsel
Washington, D.C.

September 27, 2007

Attorneys for Defendant