# In the United States Court of Federal Claims

No. 01-40 C
(E-Filed: September 27, 2007)

CROMAN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On September 27, 2007, defendant filed Defendant's Status Report on Behalf of the Parties (report). The report states that "[t]he parties have discussed various possibilities for settlement but have not reached a tentative agreement." Report 1. The report also states that "the parties propose to continue discussing possibilities for settlement in an attempt to resolve this matter." Id.

Pursuant to the parties' suggestion in the report, the parties shall file a joint status report updating the court on the status of settlement negotiations in this case on or before Monday, October 29, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge