**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-40C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES</u>**

Pursuant the Court's order of October 29, 2007, defendant respectfully provides the following status report on behalf of the parties.[1] Counsel has discussed this report with plaintiff's counsel.

The parties have discussed various possibilities for settlement but have not reached a tentative agreement. Since our last settlement conference on September 12, 2007, defendant has posed three sets of additional questions and informal requests for documents to plaintiff regarding plaintiff's most recent settlement proposal. Plaintiff has responded to the first two sets of questions and is in the process of responding to the third set and searching for the requested documents. The agency is also continuing to analyze plaintiff's settlement offer. At this time, the parties propose to continue discussing possibilities for settlement in an attempt to resolve this matter.

The parties respectfully suggest that they file a joint status report updating the Court on the status of settlement negotiations on or before January 7, 2008.

---

[1] Pursuant to the Court's order of December 12, 2005, defendant is filing an identical status report in <u>Croman Corp. v. United States</u>, No. 98-405C.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/ William P. Rayel
William P. Rayel
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0302
Fax: (202) 307-0972

Attorneys for Defendant

Of Counsel:

Lori Jones, Esq.
Department of Agriculture
Office of General Counsel
Washington, D.C.

November 29, 2007