# In the United States Court of Federal Claims

No. 01-40 C
(E-Filed: November 30, 2007)

| | |
|---|---|
| CROMAN CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On November 29, 2007, defendant filed Defendant's Status Report on Behalf of the Parties (report). The report states that "[t]he parties have discussed various possibilities for settlement but have not reached a tentative agreement." Report 1. The report also states that since the parties' "last settlement conference on September 12, 2007, defendant has posed two sets of additional questions and informal requests for documents," to which plaintiff is in the process of responding. Id.

Pursuant to the parties' suggestion in the report, the parties shall file a joint status report updating the court on the status of settlement negotiations in this case on or before Monday, January 7, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge