**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-40C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT ON BEHALF OF THE PARTIES**[1]

As previous status reports have indicated, in June 2006 plaintiff Croman Corp. (Croman) provided a comprehensive settlement proposal and considerable back-up data to the government in an effort to resolve this matter which has been pending since 2001. Since that time, and with the appearance of current DOJ counsel in the summer of 2007, Croman has conducted a face-to-face meeting with DOJ and agency counsel about the contents of the settlement proposal. At that meeting many questions were raised by the government and answered by Croman. Subsequently, the government propounded a series of written questions to Croman, most of which have been answered and more supporting data has been provided to the government. Despite the ongoing communications between the parties, the government is yet to accept Croman's offer of settlement or to make any counter offer of settlement.

It is Croman's belief that the government should be in a position to identify at least some aspects of Croman's settlement proposal that, for purposes of settlement only, the government is in agreement. In this way, Croman believes that the issues can be narrowed and more focused

[1]Pursuant to the Court's order of December 12, 2005, plaintiff is filing a similar status report in Croman Corp. v. United States, No. 98-405C, via electronic filing.

settlement discussions can take place. Croman asked the government to identify such issues last November; however, for a variety of reasons, including the unavailability of key agency employees, that has not yet happened.

In a telephone conference last Friday and again today, counsel for Croman requested that DOJ counsel provide a date certain by which the government would be able to provide its position with respect to a certain key element of Croman's settlement proposal (for purposes of settlement only). DOJ counsel has identified January 31, 2008 as that date. Accordingly, absent compelling circumstances, Croman will not agree to any further extension of that date and if meaningful progress is not made by that time, Croman will request that settlement discussions be terminated and that litigation of this matter be resumed.

Counsel for Croman has discussed this report with counsel for the government and the parties respectfully request that they be given until February 7, 2008 before filing another status report with the Court.

Respectfully submitted,

s/Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Of Counsel:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: January 7, 2008