# In the United States Court of Federal Claims

No. 01-40 C
(E-Filed: June 16, 2008)

CROMAN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Status Report (JSR), describing the activities of the parties in support of their efforts to reach settlement. Based on the information contained in the JSR, and in response to the suggestion of the parties contained in the JSR, the parties shall, on or before July 2, 2008, file a status report updating the court on the status of settlement negotiations.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge