# In the United States Court of Federal Claims

No. 98-405 C
(E-Filed: July 21, 2008)

CROMAN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is the parties' Joint Status Report (JSR), stating that the parties propose an initial schedule for moving forward with this litigation. Further to that proposal, the STAY in this case, entered on February 9, 2007, is LIFTED.

Based on the information contained in the JSR, and in response to the suggestion of the parties contained in the JSR, the parties shall, on or before Friday, January 30, 2009, file a status report updating the court on the parties' proposed schedule for further proceedings to resolve the case.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge