# In the United States Court of Federal Claims

No. 01-40 C
(E-Filed: July 29, 2008)

| | |
|---|---|
| CROMAN CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Unopposed Motion to Set Cut-Off Date for Fact Discovery (plaintiff's Motion or Pl.'s Mot.). In its Motion, "plaintiff respectfully requests that the Court enter an order specifically setting January 15, 2009 as the cut-off date for all fact discovery." Pl.'s Mot. 1 (footnote omitted).

Based on the representations therein, plaintiff's Motion is GRANTED. On or before Thursday, January 15, 2008, the parties shall have completed all fact discovery.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge